# United States District Court

Central _____ DISTRICT OF Utah

FILED UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH
FEB 28 2001
MARKUS B. ZIMMER, CLERK
_____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Shane Peterson
_____
*Defendant*

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

Case Number: B-01M48

Upon motion of the __United States Attorney__, it is ORDERED that a detention hearing is set for __3/1/01__ * at __1:30 p.m__
　　　　　　　　　　　　　　　　　　　　　　 *Date*　　　　　　　　　　　　　*Time*

before __Magistrate Judge Ronald N. Boyce__
*Name of Judicial Officer*

__United States Courthouse 350 South Main Street, Room 477__
*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____
_____ ) and produced for the hearing.
　　　　　　　　　　　*Other Custodial Official*

Date: __2/28/01__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Judicial Officer*

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

　A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

                                                            hom
                    United States District Court
                             for the
                         District of Utah
                         March 1, 2001


              * * CERTIFICATE OF SERVICE OF CLERK * *


Re:   2:01-m -00048


True and correct copies of the attached were either mailed or faxed by the
clerk to the following:

        Michele M. Christiansen, Esq.
        US ATTORNEY'S OFFICE
        ,
        JFAX 9,5245985

        USMS
        DISTRICT OF UTAH
        ,
        JFAX 9,5244048

        US Probation
        DISTRICT OF UTAH
        ,
        JFAX 9,5261136